## THOMAS FOSTER *versus* LEONARD GORDON

JOURNAL ENTRIES (1816–19): *Journal 2:* (1) Rule to declare *p. 510; (2) affidavit filed *p. 529; (3) appearances, non pros., judgment *p. 662.

PAPERS IN FILE: (1) Precipe for process; (2) capias and return, order for bail; (3) subpoena.

## JOEL THOMAS, JR. *versus* JOSEPH WEAVER

JOURNAL ENTRIES (1816–19): *Journal 2:* (1) Rule to declare *p. 510; (2) continued *p. 529; (3) death suggested, proceedings stayed *p. 663.

PAPERS IN FILE: (1) Precipe for process; (2) capias and return.